IN THE CIRCUIT COURT FOR THE
20TH JUDICIAL CIRCUIT IN AND
FOR LEE COUNTY, FLORIDA

CASE NO.:

Swamp Cat Holdings, LLC,

Plaintiff,

v.

American Zurich Insurance Company,

Defendant.

## COMPLAINT FOR BREACH OF CONTRACT

Plaintiff, Swamp Cat Holdings, LLC, (the "Insured"), hereby sues Defendant, American Zurich Insurance Company (the "Insurance Company"), and alleges as follows:

### PARTIES, JURISDICTION AND VENUE

1. This is an action for damages that is more than $30,000.00 exclusive of interest, costs and attorney's fees.

2. The Insured is an individual who at all times material hereto has resided in LEE COUNTY, Florida.

3. The Insurance Company is qualified to do business in Florida and has, at all times material hereto, been conducting business in LEE COUNTY, Florida.

4. Venue is proper in LEE COUNTY, Florida because the contract, which forms the subject matter of this lawsuit, was executed in LEE COUNTY County, Florida.

5. All conditions precedent to the filing of this lawsuit have occurred, have been

waived or have been performed.

## GENERAL ALLEGATIONS

6. At all times material hereto, in consideration of a premium paid by the Insured, there was in full force and effect a certain homeowners insurance policy issued by the Insurance Company with a policy number of ER74033179 (the "Policy"). The Policy is attached hereto as Exhibit A and incorporated into the Complaint by reference herein. The Insured reserves the right to file a complete copy of the policy once secured through discovery.

7. Accordingly, under the terms of the Policy, the Insurance Company agreed to provide insurance coverage to the Insured's property pursuant to the terms of the policy. The damaged property is located at 1943 Fowler Street, Fort Myers, Florida 33901 (the "Property").

8. On or about 09/28/2022, while the Policy was in full force and effect, the Property sustained a covered loss as a result of Hurricane Ian (the "Loss").

9. The Insurance Company assigned claim number 5630086260 to the Loss.

10. Subsequently, the Insurance Company informed the Insured that although coverage existed, the costs to repair the damaged property did not exceed $18,484.59. See Exhibit B. After diligent inspection of the Loss, it was obvious that the Property sustained damage which the Insurance Company agreed to provide coverage for under the terms of the Policy but which the Insurance Company failed to indemnify for.

11. As a result of the foregoing, the Insurance Company has breached the Policy.

12. The Insured has suffered and continues to suffer damages resulting from Insurance Company's breach of the Policy.

13. The Insured has been obligated to retain the undersigned attorneys for the prosecution of this action and is entitled to a reasonable attorney's fee pursuant to Florida Statute Section 627.428.

## COUNT I
## BREACH OF CONTRACT

The Insured reincorporates paragraphs 1 through 13 as if fully set forth herein.

14. It is undisputed that the Insured and the Insurance Company entered into a written contract, the Policy, wherein the Insured agreed to pay a premium and the Insurance Company agreed to insure the Insured's Property.

15. The Insured has paid all premiums due and owing as contemplated by the Policy; thus, fully performing her obligations under the Policy.

16. The Insured's Property sustained damage which the Insurance Company agreed to provide coverage for under the terms of the Policy.

17. Furthermore, at all times material hereto, the Insured has satisfied all post-loss obligations to the best of her ability in accordance with the Policy.

18. In contrast, the Insurance Company has failed to: (i) acknowledge coverage for a portion of the Loss; and/or (ii) pay Insured a sufficient amount for the loss. As a result of the foregoing, the Insurance Company has breached the Policy.

19. As a direct and proximate result of the Insurance Company's breach of the policy, the Insured has sustained damages.

WHEREFORE, the Insured respectfully requests that this Court, enter judgment against the Insurance Company for damages, plus pre-judgment interest, court costs and reasonable attorney's fees pursuant to Section 627.428, Florida Statutes.

## JURY TRIAL DEMAND

The Insured hereby demands a trial by jury on all issues so triable.

Dated April 3, 2023

Respectfully submitted,

Property & Casualty Law Group
Counsel for the Insured
2307 Douglas Road, Suite 302
Miami, Fl 33145
Tel.: 305-961-1038
CSanti@pclawgroup.com

**/s/ Carlos Santi**
_____
Carlos L. Santi, Esq.
Florida Bar No. 70529