IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SWAMP CAT HOLDINGS, LLC,

    Plaintiff,

v.                                          Case No. 2:23-cv-00739-JLB-KCD

AMERICAN ZURICH
INSURANCE COMPANY,

    Defendant.
_____/

**NOTICE OF DESIGNATION OF**
**LEAD COUNSEL AND E-MAIL ADDRESSES**

    Defendant, AMERICAN ZURICH INSURANCE COMPANY, by and through undersigned counsel, hereby files this Notice of Designation of Lead Counsel, designating William B. Collum, Esq., as lead counsel for Defendant in this matter. It is respectfully requested that all future pleadings and discovery be served upon the undersigned in connection with this action.

    NOTICE IS ALSO HEREBY GIVEN that the Defendant, AMERICAN ZURICH INSURANCE COMPANY, by and through its undersigned counsel, hereby designates the following primary and secondary e-mail addresses:

        Primary:    wcollum@butler.legal
                          kharris@butler.legal

        Secondary:    ttyler@butler.legal
                          apendino@butler.legal

DATED: September 18, 2023.

Respectfully submitted,

BUTLER WEIHMULLER KATZ CRAIG LLP

_____
WILLIAM B. COLLUM, ESQ.
Florida Bar No.: 106316
wcollum@butler.legal
KRISTINA F. HARRIS, ESQ.
Florida Bar No.: 106316
kharris@butler.legal
Secondary: ttyler@butler.legal
            apendino@butler.legal
400 N. Ashley Drive, Suite 2300
Tampa, Florida 33602
Telephone:   (813) 281-1900
Facsimile:   (813) 281-0900
*Attorneys for Zurich American Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2023, the foregoing was filed with the Clerk of the Court via the CM/ECF system. I further certify that a true and correct copy of the foregoing has been furnished this day via Electronic Mail to:

Carlos L. Santi, Esq.
Property & Casualty Law Group
2307 Douglas Road, Suite 302
Miami, FL 33145
CSanti@pclawgroup.com
*Attorney for Plaintiff*

_____
WILLIAM B. COLLUM, ESQ.