IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SWAMP CAT HOLDINGS, LLC,

    Plaintiff,

v.                                    Case No. 2:23-cv-00739-JLB-KCD

AMERICAN ZURICH
INSURANCE COMPANY,

    Defendant.
_____/

**DISCLOSURE STATEMENT PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Defendant American Zurich Insurance Company, makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

American Zurich Insurance Company is a wholly owned subsidiary of Steadfast Insurance Company, an Illinois corporation. Steadfast Insurance Company is a wholly owned subsidiary of Zurich American Insurance Company, a New York corporation. Zurich American Insurance Company is a wholly owned subsidiary of Zurich Holding Company of America, Inc., a Delaware corporation. Zurich Holding Company of America, Inc. is wholly owned by Zurich Insurance Company Ltd, a Swiss corporation. Zurich Insurance Company Ltd is directly owned by Zurich Insurance Group Ltd, a Swiss

corporation. Zurich Insurance Group Ltd is the only publicly traded parent company, with a listing on the Swiss stock exchange, and a further trading of American Depositary Receipts.

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.[1]]

American Zurich Insurance Company is a citizen of Illinois.

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

    a. American Zurich Insurance Company is a wholly owned subsidiary of Steadfast Insurance Company, an Illinois corporation;

    b. Steadfast Insurance Company is a wholly owned subsidiary of Zurich American Insurance Company, a New York corporation;

    c. Zurich American Insurance Company is a wholly owned subsidiary of Zurich Holding Company of America, Inc., a Delaware corporation;

    d. Zurich Holding Company of America, Inc. is wholly owned by Zurich Insurance Company Ltd, a Swiss corporation;

---

[1] See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004). Where a member of the party is also an unincorporated entity, its members must also be identified continuing on through however many layers of partners or members there may be. See Purchasing Power, LLC v. Bluestem Brands, Inc., 851 F.3d 1218, 1220 (11th Cir. 2017); D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra, 661 F.3d 124, 125-27 (1st Cir. 2011).

    e. Zurich Insurance Company Ltd is directly owned by Zurich Insurance Group Ltd, a Swiss corporation;

    f. Zurich Insurance Group Ltd is the only publicly traded parent company, with a listing on the Swiss stock exchange, and a further trading of American Depositary Receipts;

    g. Swamp Cat Holdings Company, LLC[2] (Plaintiff);

    h. Christian Xavier Gutierrez, member, Swamp Cat Holdings Company, LLC;

    i. Matthew Leger, member, Swamp Cat Holdings Company, LLC;

    j. Brian Chevalier, member, Swamp Cat Holdings Company, LLC;

    k. Wesley Sprecher, member, Swamp Cat Holdings Company, LLC;

    l. Carlos L. Santi, Esq. (Counsel for Plaintiff);

    m. Property & Casualty Law Group, P.A. (Counsel for Plaintiff);

    n. William B. Collum, Esq. (Counsel for Defendant);

    o. Kristina F. Harris, Esq. (Counsel for Defendant); and

    p. Butler Weihmuller Katz Craig LLP (Counsel for Defendant).

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

American Zurich Insurance Company is a wholly owned subsidiary of Steadfast Insurance Company, an Illinois corporation. Steadfast Insurance Company is a

---

[2] Zurich understands that Plaintiff's correct corporate legal name is "Swamp Cat Holdings Company, LLC". Zurich is willing to enter into an agreed order amending the complaint by interlineation to correct all references to Plaintiff as "Swamp Cat Holdings Company, LLC".

3

wholly owned subsidiary of Zurich American Insurance Company, a New York corporation. Zurich American Insurance Company is a wholly owned subsidiary of Zurich Holding Company of America, Inc., a Delaware corporation. Zurich Holding Company of America, Inc. is wholly owned by Zurich Insurance Company Ltd, a Swiss corporation. Zurich Insurance Company Ltd is directly owned by Zurich Insurance Group Ltd, a Swiss corporation. Zurich Insurance Group Ltd is the only publicly traded parent company, with a listing on the Swiss stock exchange, and a further trading of American Depositary Receipts.

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

None

6. Identify each person arguably eligible for restitution:

None.

☒ I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

BUTLER WEIHMULLER KATZ CRAIG LLP

WILLIAM B. COLLUM, ESQ.
Florida Bar No.: 106316
wcollum@butler.legal
KRISTINA F. HARRIS, ESQ.
Florida Bar No.: 106316
kharris@butler.legal
Secondary: ttyler@butler.legal

apendino@butler.legal
400 N. Ashley Drive, Suite 2300
Tampa, Florida 33602
Telephone:    (813) 281-1900
Facsimile:    (813) 281-0900
*Attorneys for Zurich American Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2023, the foregoing was filed with the Clerk of the Court via the CM/ECF system. I further certify that a true and correct copy of the foregoing has been furnished this day via Electronic Mail to:

Carlos L. Santi, Esq.
Property & Casualty Law Group
2307 Douglas Road, Suite 302
Miami, FL 33145
CSanti@pclawgroup.com
*Attorney for Plaintiff*

WILLIAM B. COLLUM, ESQ.

5